1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       christina.mccall@usdoj.gov
8
9  Attorneys for Plaintiff

10                        UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13  UNITED STATES OF AMERICA,        ) No. CR 17-00024 JST
                                     )
14         Plaintiff,                )
                                     ) STIPULATION AND [PROPOSED] ORDER TO
15      v.                           ) CONTINUE HEARING TO MAY 5, 2017
                                     )
16  ALBERTO ACOSTA,                  ) Date:  April 14, 2017
                                     ) Time:  9:30 a.m.
17         Defendant.                ) Court: Hon. Jon S. Tigar
                                     )
18

19      The above-captioned matter is set on April 14, 2017 before this Court for the initial appearance

20  in District Court following arraignment. The parties request that the Court continue the status hearing to

21  May 5, 2017. The continuance is requested to allow defense counsel to review the discovery and assess

22  the application of certain provisions of the Sentencing Guidelines. Defense counsel also needs to collect

23  prior records pertaining to Mr. Acosta. The parties stipulate that the time is excludable from the time

24  limitations of the Speedy Trial Act because the interests of justice are served by granting a continuance,

25  //

26  //

27  //

28  //

STIP. REQUEST TO CONTINUE HEARING

pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: April 11, 2017 Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

*/s/ Christina McCall*     */s/ Angela M. Hansen*
CHRISTINA McCALL     ANGELA M. HANSEN
Assistant U. S. Attorney     Attorney for Alberto Acosta

**ORDER**

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT (1) the status hearing is continued until May 5, 2017, at 9:30 a.m., and (2) time is excluded until May 5, 2017.

IT SO ORDERED.

DATED: April 12, 2017

_____
Judge Jon S. Tigar

IT IS SO ORDERED
Judge Jon S. Tigar
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA