BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    christina.mccall@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 17-00024 JST |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING TO JUNE 23, 2017 |
| ALBERTO ACOSTA, | Date: May 5, 2017<br>Time: 9:30 a.m. |
| Defendant. | Court: Hon. Jon S. Tigar |

The above-captioned matter is set on May 5, 2017 before this Court for the initial appearance in District Court following arraignment. The parties request that the Court continue the hearing to June 23, 2017, and set the case for a change-of-plea on that date. The continuance is requested to allow defense counsel to conduct a further investigation and to assess the potential application of certain provisions of the Sentencing Guidelines. Defense counsel and government counsel are arranging an evidence view at the offices of the Bureau of Alcohol, Firearms, Tobacco and Explosives. The parties stipulate that the time is excludable from the time limitations of the Speedy Trial Act because the interests of justice are

//

//

//

STIP. REQUEST TO CONTINUE HEARING

served by granting a continuance, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 2, 2017                    Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

_/s/ Christina McCall_          _/s/ Angela M. Hansen_
CHRISTINA McCALL                ANGELA M. HANSEN
Assistant U. S. Attorney        Attorney for Alberto Acosta

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act. Based on these findings, IT IS HEREBY ORDERED THAT (1) the status hearing is continued until June 23, 2017, at 9:30 a.m., for a change-of-plea, and (2) time is excluded until June 23, 2017.

IT SO ORDERED.

DATED: May 3, 2017

_____
IT IS SO ORDERED
Judge Jon S. Tigar

STIP. REQUEST TO CONTINUE HEARING