1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       christina.mccall@usdoj.gov
8

9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                             OAKLAND DIVISION

13  UNITED STATES OF AMERICA,                ) No. CR 17-00024 JST
                                             )
14          Plaintiff,                       )
                                             ) STIPULATION AND [PROPOSED] ORDER TO
15      v.                                   ) CONTINUE HEARING TO JANUARY 26, 2018
                                             )
16  ALBERTO ACOSTA,                          ) Date:   November 17, 2017
                                             ) Time:   9:30 a.m.
17          Defendant.                       ) Court:  Hon. Jon S. Tigar
                                             )
18

19     The above-captioned matter is currently set on November 17, 2017 before this Court for a

20  sentencing hearing. The parties now request that the Court continue the hearing to January 26, 2018.

21  The continuance is requested because government counsel will be participating in a contested

22  evidentiary hearing in United States v. Rodney Wilson, case 14-CR-00304-JD. On October 11, the

23  Court in the Wilson case chose the morning of November 17 for the evidentiary hearing, because Mr.

24  Wilson's counsel recently began a lengthy trial, which is "dark" on Fridays. At the sentencing hearing

25  in Mr. Acosta's case, the parties will dispute which base offense level applies to Mr. Acosta's crime, and

26  whether Mr. Acosta possessed a "semiautomatic firearm that is capable of accepting a large capacity

27  magazine." The additional time should allow the parties to fully address this issue so that the Court will

28  be prepared to determine the proper base offense level under the Sentencing Guidelines.

STIP. REQUEST TO CONTINUE HEARING
CR 17-00024 JST

Mr. Acosta's attorney, Angela Hansen, and the assigned United States Probation Officer, Karen Mar, are all available on January 26, 2018.

DATED: October 19, 2017                    Respectfully submitted,

BRIAN J. STRETCH
United States Attorney

　　/s/ *Christina McCall*　　　　　　　　　　/s/ *Angela M. Hansen*
CHRISTINA McCALL                           ANGELA M. HANSEN
Assistant U. S. Attorney                   Attorney for Alberto Acosta

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS that the sentencing hearing is continued until January 26, 2018, at 9:30 a.m.

IT SO ORDERED.

DATED: October 19, 2017

_____
The Hon. Jon S. Tigar
United States District Court Judge

STIP. REQUEST TO CONTINUE HEARING
CR 17-00024 JST