1  STEVEN G. KALAR
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  1301 Clay Street, Suite 1350N
   Oakland, CA 94612
4  Telephone:   (510) 637-3500
5  Facsimile:   (510) 637-3507

6  Counsel for Defendant ACOSTA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. 17-CR-24-JST |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED]** |
| v. | ) ) | **ORDER TO CONTINUE SENTENCING HEARING DATE** |
| ALBERTO ACOSTA, | ) ) | Hearing Date: March 16, 2018 |
| Defendant. | ) ) ) | |

     The above-captioned matter is set on March 16, 2018, before this Honorable Court for a sentencing hearing. The parties jointly request that the Court continue this matter to April 20, 2018, at 9:30 a.m., for sentencing. The reason for this continuance is set forth below.

     Mr. Acosta pleaded guilty to being a felon in possession of a firearm. In preparation for sentencing, defense counsel identified a possible issue with one of Mr. Acosta's prior convictions in the final Pre-sentence Investigation Report that may affect his criminal history calculation. On March 8, 2018, defense counsel provided government counsel and the probation office with records for review. The parties are investigating the issue and need more time to assess the relevant records. The parties agree that it is important to sort out this issue before sentencing. For these reasons, the parties request that the Court continue the sentencing hearing date to April 20, 2018.

The parties have contacted Karen Mar who is the probation officer assigned to this case. Ms. Mar is available on the requested date and has no objection to this continuance. There are no Speedy Trial issues to consider, since Mr. Acosta has already entered his guilty plea.

Dated: March 9, 2018

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| CHRISTINA M. McCALL | ANGELA M. HANSEN |
| Assistant United States Attorney | Assistant Federal Public Defender |

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the sentencing hearing date of March 16, 2018 is vacated and reset for April 20, 2018, at 9:30 a.m.

March 12, 2018
DATE

HON. JON S. TIGAR
United States District Judge